MSSB-NCAC (4/24)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

In re: Christopher J Griffin                              Case No.: 23-00327

                                                          Chapter: 13
*Debtor(s)*

## Notice of Change of Address for Creditor

US Department of Education/MOHELA (Creditor) hereby gives notice of its new address:

**Current Notice Address**: US Department of Education
*(As shown on matrix)* PO Box 16448
Saint Paul, MN 55116-0448

**New Notice Address**: US Department of Education/MOHELA
633 Spirit Dr.
Chesterfield, MO 63005

**New Payment Address**: US Department of Education/MOHELA
*(If applicable)* PO Box 790453
St. Louis, MO 63179

**Proof of Claim Number(s)**: 3
*(If applicable)*

**Reason for Change of Address**:
☑ New Loan Servicer[1]
☐ New Location
☐ Other

Prepared By:

Signature: /s/Stacey Listol              Address: MOHELA
Name: Stacey Listol                               633 Spirit Dr.
Title: Loan Servicing Specialist                  Chesterfield, MO 63005
Phone No: 636-733-3700

---

[1] Do not use this form when the proof of claim lists the prior servicer as the creditor (owner of the loan). Instead, you must file a transfer of claim to transfer the existing claim to the new servicer.

Page 1 of 2

MSSB-NCAC (4/24)

## Certificate of Service

      I hereby certify that a copy of the foregoing Notice of Change of Address was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on <u>September 5, 2025</u> addressed to:

                (Date)

Debtor(s):

Christopher J Griffin

3457 Forest Hill Rd

Jackson, MS 39212

                                        Stacey Listol
                                        Name

                                        /s/Stacey Listol
                                        Signature