United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 23-00327-JAW
Christopher James Griffin     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 3
Date Rcvd: Sep 09, 2025     Form ID: ntcds13v     Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher James Griffin, 3457 Forest Hill Rd, Jackson, MS 39212-3817 |
| codb | + | Arnetha G Shoto, 3457 Forest Hill Rd, Jackson, MS 39212-3817 |
| codb | + | Richard Shoto, 3457 Forest Hill Road, Jackson, MS 39212-3817 |
| 5193941 | + | APP of Mississippi ED, 2500 North State St, Jackson, MS 39216-4500 |
| 5193943 | | Candyce Smith, 123 Morison Dr, Clinton, MS 39056 |
| 5193948 | + | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 5193950 | + | Merit Health, P.O. Box 281441, Atlanta, GA 30384-1441 |
| 5193951 | | Michelle Dixon, 2932 Hwy 462, Pearl, MS 39208 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Sep 09 2025 23:27:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: EBN@Mohela.com | Sep 09 2025 19:31:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005, UNITED STATES |
| 5211329 | | EDI: ATLASACQU | Sep 09 2025 23:27:00 | Atlas Acquisitions LLC on behalf of UHG I LLC, Assignee of CashNetUSA, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5193942 | + | Email/Text: samantha.brucker@phfsgroup.com | Sep 09 2025 19:31:00 | Blue Frog Loans, P.O. Box 725, Fenton, MO 63026-0725 |
| 5204824 | + | Email/Text: pasi_bankruptcy@chs.net | Sep 09 2025 19:31:00 | CROSSGATES HMA MEDICAL GROUP LLC C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 5193944 | + | EDI: CAPITALONE.COM | Sep 09 2025 23:27:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5193945 | + | EDI: CAPONEAUTO.COM | Sep 09 2025 23:27:00 | Capital One Auto, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5213151 | + | EDI: AISACG.COM | Sep 09 2025 23:27:00 | Capital One Auto Finance, a division of, Capital One N A, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| 5193946 | + | Email/Text: bnko@cpcrecovery.com | Sep 09 2025 19:32:00 | Central Portfolio, Attn: Bankruptcy, 10249 Yellow Circle Dr, Ste 200, Minnetonka, MN 55343-9111 |
| 5193947 | + | Email/Text: omx-bnc-bk-notices@chime.com | Sep 09 2025 19:31:00 | Chimef/str, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 5193949 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Sep 09 2025 19:32:00 | Hunter Warfield, Attention: Bankruptcy, 4620 Woodland Corporate, Tampa, FL 33614-2415 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5211637 | | Email/Text: EBN@Mohela.com | Sep 09 2025 19:31:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 5193953 | + | Email/Text: constance.morrow@mdhs.ms.gov | Sep 09 2025 19:31:00 | MSDHS, Attn: Constance Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 5193952 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 09 2025 19:31:00 | Mr. Cooper, 8950 Cypress Waters Bl, Coppell, TX 75019-4620 |
| 5233881 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 09 2025 19:31:00 | Nationstar Mortgage LLC, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 5193954 | + | Email/Text: bkrnotice@prgmail.com | Sep 09 2025 19:32:00 | Paragon Revenue Group, Attn: Bankruptcy, Po Box 127, Concord, NC 28026-0127 |
| 5216749 | | Email/Text: peritus@ebn.phinsolutions.com | Sep 09 2025 19:32:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 5224591 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2025 19:41:07 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell NY 14219-2553 |
| 5193955 | + | Email/Text: webadmin@vhllc.co | Sep 09 2025 19:32:00 | Vance & Huffman Llc, Attn: Bankruptcy, 55 Monette Pkwy, Ste 100, Smithfield, VA 23430-2577 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| 5560412 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Karen A. Maxcy | on behalf of Creditor NATIONSTAR MORTGAGE LLC karen.maxcy@mccalla.com BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Kent D. McPhail | on behalf of Creditor NATIONSTAR MORTGAGE LLC bankruptcynotices@mslawyers.law KentMcPhailAssociatesLLC@jubileebk.net |

District/off: 0538-3     User: mssbad     Page 3 of 3
Date Rcvd: Sep 09, 2025     Form ID: ntcds13v     Total Noticed: 27

Michael J McCormick
     on behalf of Creditor NATIONSTAR MORTGAGE LLC Michael.McCormick@mccalla.com mccallaecf@ecf.courtdrive.com

Thomas Carl Rollins, Jr
     on behalf of Debtor Christopher James Griffin trollins@therollinsfirm.com
     jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin
     tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
     USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

Form ntcds13v (12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 23−00327−JAW
Chapter: 13

In re:
   Christopher James Griffin
   aka Christopher J Griffin, aka Chris J Griffin
   3457 Forest Hill Rd
   Jackson, MS 39212

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
   xxx−xx−8715

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

   You are hereby notified that on 9/8/2025, Christopher James Griffin (the "Debtor") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307(b) (the "Motion") (Dkt. # 59). On 9/9/2025, the court entered an *ex parte* order (Dkt. # 60) granting the Debtor's Motion.

   Pursuant to Miss. Bankr. L.R. 1017−1(f)(2)(C) any party in interest may file an objection to the Debtor's Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.

Dated: 9/9/25

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600