## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**   **Christopher James Griffin**                    **Case No. 23-00327-JAW**
**, Debtor**                                                            **CHAPTER 13**

### FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $1,520.00 | $26.37 | $1,546.37 | 20 | 04/11/2023 |
| $2,035.00 | $28.15 | $2,063.14 | 49 | 08/08/2023 |
| $275.00 | $44.55 | $319.55 | 52 | 11/13/2023 |
| $749.00. | $0.00 | $749.00 | n/a | n/a |
| $4,579.00 | $99.07 | $4,678.07 | | |



# INVOICE

Invoice # 4513
Date: 03/16/2023
Due On: 04/15/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Christopher James Griffin
3457 Forest Hill Rd
Jackson, MS 39212

### 04722-Griffin Christopher James

### CH 13 - Christopher - $630 in trust

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | PL | 02/07/2023 | In person conference, gathering and collecting documents for case. | 0.30 | $100.00 | $30.00 |
| Service | JAC | 02/07/2023 | Reviewed through GIP submitted by debtor. Updated HD task with what all we need | 0.20 | $350.00 | $70.00 |
| Service | JC | 02/07/2023 | Pulled credit report; drafted e-mail to debtor sending same; organized in case file | 0.20 | $100.00 | $20.00 |
| Service | PL | 02/08/2023 | Email correspondence with client, gathering missing information for case. | 0.10 | $100.00 | $10.00 |
| Service | PL | 02/09/2023 | Email correspondence with client regarding cash app statements. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 02/10/2023 | Prepare petition, schedules, plan, MT | 0.70 | $350.00 | $245.00 |
| Service | JAC | 02/10/2023 | Emailed matrix for Δ to review | 0.10 | $350.00 | $35.00 |
| Service | JAC | 02/10/2023 | Update DSO treatment based on Orders rec'd from debtor | 0.10 | $350.00 | $35.00 |
| Service | JAC | 02/10/2023 | Prepare case for signing appointment 2/13 with TR | 0.20 | $350.00 | $70.00 |
| Service | JAC | 02/13/2023 | Video Meeting with client to go over petition, schedules, statements, MT, plan payment | 0.50 | $350.00 | $175.00 |
| Service | KR | 02/14/2023 | Contact Debtor: Telephone conference with Mr. Cooper and spoke to Desirenee. She stated that the debtor is not a successor or | 0.40 | $150.00 | $60.00 |

| | | | we were not authorized so needed to get him on the phone. Conferenced call debtor in and she transferred us to Keewannee who stated that the debtor was suppose to send the will in and never did to become a successor. She then transferred us over to another department and David stated once they receive the will, it will take 24 hours. There is not a foreclosure sale date yet. Once the debtor emails them the will they stated for me to call back. Debtor is emailing them the will and then adding us as a third party so we can speak to them. | | | |
|---------|-----|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|---------|
| Service | KR | 02/15/2023 | Contact Debtor: Called debtor and left message about the will he was suppose to email the successor department at the mortgage company to stop foreclosure 7 | 0.10 | $150.00 | $15.00 |
| Service | TR | 02/15/2023 | Review: 23-00327-JAW Meeting of Creditors Chapter 13 Document# 9 | 0.20 | $350.00 | $70.00 |
| Service | KR | 02/15/2023 | Contact Debtor: Telephone conference with debtor about the will. He has found out that she did not have a will but the insurance policy that she had will suffice to be a successor per the mortgage company. He is in the process of getting the insurance policy form Prime America so we can stop foreclosure | 0.10 | $150.00 | $15.00 |
| Service | YM | 02/15/2023 | Contact Debtor: Date and time of MOC emailed | 0.10 | $100.00 | $10.00 |
| Service | TR | 02/15/2023 | Review: 23-00327-JAW Order Upon Employer Directing Deductions from Pay Document #10 | 0.10 | $350.00 | $35.00 |
| Service | JAC | 02/16/2023 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4, research registered agents for notice | 0.30 | $350.00 | $105.00 |
| Service | KR | 02/16/2023 | Contact Debtor: Telephone conference with debtor to see if he heard from Prime America about a copy of the insurance policy so he can become a successor. He said he did not hear from them and will call again this morning. Explained to him that they stated he had to become a successor before we could stop the foreclosure. | 0.10 | $150.00 | $15.00 |
| Expense | YM | 02/16/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $26.37 | $26.37 |
| Service | KR | 02/20/2023 | Contact Debtor: Telephone conference with debtor about the letter from the insurance company Prime America stating that he | 0.10 | $150.00 | $15.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | was a beneficiary so he can become a successor so we can stop the foreclosure, He should be receiving the letter tomorrow or Wednesday | | | |
| Service | KR | 02/20/2023 | Reviewed all filing documents. Sorted and pulled the documents for the Trustee. Uploaded all documents requested to the Trustee website for the meeting of creditors | 0.20 | $150.00 | $30.00 |
| Service | KR | 02/21/2023 | Drafted Certificate of Compliance - Payment Advices Filed with Trustee. Uploaded and filed with the court. | 0.10 | $150.00 | $15.00 |
| Service | KR | 02/21/2023 | Contact Debtor: Called debtor could not leave a message drafted email and text asking if he has received the letter from Prime America so we can stop the foreclosure. | 0.10 | $150.00 | $15.00 |
| Service | KR | 02/22/2023 | Contact Debtor: Called debtor could not leave a message. Drafted text and email for him to call me back to see if he had a copy of the birth certificate | 0.10 | $150.00 | $15.00 |
| Service | KR | 02/22/2023 | Contact Debtor: Reviewed text from debtor stating he did not receive a letter from the life insurance company and wanted to know if he could still file if things did not go through for the house. Drafted text requesting a copy of the birth certificate | 0.10 | $150.00 | $15.00 |
| Service | KR | 02/23/2023 | Review email from debtor: Reviewed email from debtor with his birth certificate and also is contacting the mortgage company and is suppose to call me back once he hears something. | 0.10 | $150.00 | $15.00 |
| Service | KR | 02/23/2023 | Contact Debtor: Reviewed text from debtor to call him. Telephone conference with debtor about his conversation with Rita at the Mortgage Company. He was required to send in the death certificate which they did not have and his birth certificate. He emailed the research department which will take 48 hours to review and approve for him to be a successor. | 0.10 | $150.00 | $15.00 |
| Service | KR | 02/27/2023 | Contact Debtor: Telephone conference with debtor. He stated that the mortgage company is showing that they have not received the documents and it could take up to 45 days for them to approve him being a successor. The house does not have a foreclosure date yet. It is on hold. He stated that he wanted me and him both to be on the phone call that he has | 0.10 | $150.00 | $15.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | scheduled at 2pm to speak with the successor department | | | |
| Service | KR | 02/27/2023 | Contact Debtor: Called debtor about the conference call he wanted me on with the mortgage company at 2 pm. Could not leave a message; drafted text. | 0.10 | $150.00 | $15.00 |
| Service | KR | 02/28/2023 | Contact Debtor: Telephone conference with debtor about stopping the foreclosure. He stated he found the deed and is emailing it to them. He is going to let me know once he has emailed all the documents again. The mortgage company told him that the deed will help speed the process up | 0.10 | $150.00 | $15.00 |
| Service | KR | 03/01/2023 | Contact Debtor: Called debtor could not leave message. Drafted email and text to see if he has sent the deed to the mortgage company | 0.10 | $150.00 | $15.00 |
| Service | PL | 03/01/2023 | Phone conference with client requesting Feb pay and bank statements. | 0.10 | $100.00 | $10.00 |
| Service | KR | 03/02/2023 | Contact Debtor: Telephone conference with debtor about the still looking for the deed to help speed the process up. He also sent the life insurance letter to the mortgage company and they should be contacting him next week. | 0.10 | $150.00 | $15.00 |
| Service | KR | 03/06/2023 | Contact Debtor: Called debtor could not leave a message drafted text to see if he had heard back from the mortgage company about receiving all the documents for him to be a successor | 0.10 | $150.00 | $15.00 |
| Service | KR | 03/07/2023 | Contact Debtor: Called debtor could not leave a message drafted text to see if he had heard back from the mortgage company about receiving all the documents for him to be a successor so we can stop the foreclosure | 0.10 | $150.00 | $15.00 |
| Service | KR | 03/09/2023 | Contact Debtor: Telephone conference with debtor. He should have an update today or tomorrow about the mortgage company having an update since he has emailed them the death certificate and his birth certificate. The foreclosure is on hold for the moment during this process. | 0.10 | $150.00 | $15.00 |
| Service | TR | 03/09/2023 | Review: Proof of Claim 23-00327-JAW CROSSGATES HMA MEDICAL GROUP LLC C/O PASI Document # 1 | 0.10 | $350.00 | $35.00 |
| Service | KR | 03/13/2023 | Contact Debtor: Telephone conference with | 0.20 | $150.00 | $30.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Mr. Cooper after talking with debtor stating that his documents went through. Amanda from Mr. Cooper's stated that it is in the final approval stage for him to become a successor. Everything should be approved by Wednesday or Thursday. Once he has been approved he needs to authorize The Rollins Law Firm so we can stop the foreclosure, but for now the foreclosure status is still on hold. Telephone conference with debtor letting him know it's in the final stage of approval and he needs to call Wednesday. He will contact them Wednesday and then call me. | | | |
| Service | PL | 03/13/2023 | Phone correspondence with client requesting pay and bank statements for February and March. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 03/14/2023 | 341 | 0.20 | $350.00 | $70.00 |
| Service | KR | 03/16/2023 | Contact Debtor: Telephone conference with debtor about the final approval of him being a successor. He stated that he is calling them today to find out and will let me know | 0.10 | $150.00 | $15.00 |
| Service | TR | 03/16/2023 | Review and revise itemizations | 0.20 | $350.00 | $70.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 2.3 | $350.00 | $805.00 |
| Thomas Rollins | | Attorney | 0.6 | $350.00 | $210.00 |
| Jacki Curry | | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Porcia Lewis | | Non-Attorney | 0.7 | $100.00 | $70.00 |
| Yvette Miller | | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Kerri Rodabough | | Non-Attorney | 2.7 | $150.00 | $405.00 |
| | | | | **Total** | **$1,546.37** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4358 | 03/09/2023 | $1,100.00 | $1,000.00 | $100.00 |

---

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4513 | 04/15/2023 | $1,546.37 | $0.00 | $1,546.37 |

|  |  |  | **Outstanding Balance** | **$1,646.37** |
|---|---|---|---|---|
|  |  |  | **Total Amount Outstanding** | **$1,646.37** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 5040
Date: 07/13/2023
Due On: 08/12/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Christopher James Griffin
3457 Forest Hill Rd
Jackson, MS 39212

### 04722-Griffin Christopher James

### CH 13 - Christopher - $630 in trust

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | TR | 03/16/2023 | Draft Application for Compensation | 0.30 | $350.00 | $105.00 |
| Expense | YM | 03/16/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $27.55 | $27.55 |
| Service | TR | 03/16/2023 | Review COS from noticing center - attach to application and file w/ Court | 0.10 | $350.00 | $35.00 |
| Service | KR | 03/20/2023 | Contact Debtor: Called debtor left message and drafted text to call me about the approval of becoming a successor. | 0.10 | $150.00 | $15.00 |
| Service | KR | 03/21/2023 | Contact Debtor: Called debtor left message and drafted text to call me about the approval of becoming a successor. | 0.10 | $150.00 | $15.00 |
| Service | PL | 03/21/2023 | Email correspondence with client regrading February pay and bank statements. PL | 0.10 | $100.00 | $10.00 |
| Service | KR | 03/22/2023 | Contact Debtor: Called debtor could not leave message. Drafted text to call me about the approval of becoming a successor so we can stop the foreclosure sale which is on hold for the moment | 0.10 | $150.00 | $15.00 |
| Service | KR | 03/22/2023 | Contact Debtor: Telephone conference with debtor and the mortgage company Mr. Cooper. They stated they are still waiting for documents they requested. He stated they were blurry. The debtor is resending them | 0.10 | $150.00 | $15.00 |

| Service | KR | 03/27/2023 | Contact Debtor: Called debtor left message and drafted text to call me to see if he resent the documents Mr. Cooper requested since the other documents he sent were blurry since he is trying to become the successor so we can stop the foreclosure sale which is on hold for the moment | 0.10 | $150.00 | $15.00 |
|---|---|---|---|---|---|---|
| Service | TR | 03/27/2023 | Review: Proof of Claim 23-00327-JAW Atlas Acquisitions LLC Document # 2 - looks like the SOL had run at the time of judgement, but I don't think we can challenge it now | 0.10 | $350.00 | $35.00 |
| Service | KR | 03/28/2023 | Contact Debtor: Called debtor left message and drafted text again to call me to see if he resent the documents Mr. Cooper requested since the other documents he sent were blurry since he is trying to become the successor so we can stop the foreclosure sale which is on hold for the moment | 0.10 | $150.00 | $15.00 |
| Service | KR | 03/29/2023 | Contact Debtor: Called debtor left message and drafted text again to call me to see if he resent the documents Mr. Cooper requested since he is trying to become the successor so we can stop the foreclosure sale which is on hold for the moment | 0.10 | $150.00 | $15.00 |
| Service | TR | 03/29/2023 | Review: Proof of Claim 23-00327-JAW US Department of Education Document # 3 | 0.10 | $350.00 | $35.00 |
| Service | KR | 03/30/2023 | Contact Debtor: Called debtor left message and drafted text again to call me to see if he resent the documents Mr. Cooper requested since he is trying to become the successor so we can stop the foreclosure sale which is on hold for the moment | 0.10 | $150.00 | $15.00 |
| Service | TR | 03/31/2023 | Review: Proof of Claim 23-00327-JAW Capital One Auto Finance, a division of Capital On Document # 4 | 0.10 | $350.00 | $35.00 |
| Service | TR | 04/03/2023 | Review: 23-00327-JAW Trustee Reassignment Notation Document# | 0.10 | $350.00 | $35.00 |
| Service | KR | 04/03/2023 | Contact Debtor: Telephone conference with debtor about the documents that he provided to Mr. Cooper. They have received them but still wanting a deed with his name on it. Video conference with TR re: foreclosure. Attorney stated to get an email to Eric Miller at Mr. Cooper about the situation. Telephone conference with debtor about the documents needed so I can | 0.10 | $150.00 | $15.00 |

| | | | provided Mr. Miller with them | | | |
|---------|----|------------|------------------------------------------------------------------------------------------------------------------------------------------------------|------|---------|--------|
| Service | TR | 04/04/2023 | Review: 23-00327-JAW Chapter 13 Trustee Report and Account of Prior Administration of Case Document# 18 | 0.10 | $350.00 | $35.00 |
| Service | KR | 04/04/2023 | Review email from debtor: Reviewed email from debtor with the dearth certificate, the birth certificate and the deed of trust. | 0.20 | $150.00 | $30.00 |
| Service | KR | 04/05/2023 | Drafted email memo to TC re: review email to Eric Miller at Mr. Cooper | 0.10 | $150.00 | $15.00 |
| Service | KR | 04/06/2023 | Contact Debtor: Telephone conference with debtor about the foreclosure. The successor department at Mr. Cooper's called him and told him there was now a sale date for 5/15 | 0.10 | $150.00 | $15.00 |
| Service | KR | 04/06/2023 | Contact Debtor: Conference with attorney about needing a copy of the Warranty Deed to stop the foreclosure process. Telephone conference with debtor about the copy needed. He will email it to me once he finds it. | 0.10 | $150.00 | $15.00 |
| Service | TR | 04/07/2023 | Review: Proof of Claim 23-00327-JAW Pendrick Capital Partners, LLC Document # 5 | 0.10 | $350.00 | $35.00 |
| Service | KR | 04/11/2023 | Review email from debtor: Reviewed email from debtor with the warranty deed. Drafted email memo to TR re: Warranty Deed | 0.10 | $150.00 | $15.00 |
| Service | TR | 04/11/2023 | Review docket - remove Confirmation Hearing 4/17/2023 | 0.10 | $350.00 | $35.00 |
| Service | TR | 04/12/2023 | Review: 23-00327-JAW Order on Application for Compensation Document #20 | 0.10 | $350.00 | $35.00 |
| Service | TR | 04/12/2023 | Review documents submitted by debtor to prove successor interest - drafted email to Eric miller re: same | 0.20 | $350.00 | $70.00 |
| Service | KR | 04/13/2023 | Contact Debtor: Reviewed email memo from TR re: Stop Foreclosure. Telephone conference with debtor letting him know we have reached out to Mr. Cooper's attorney about the situation | 0.10 | $150.00 | $15.00 |
| Service | KR | 04/13/2023 | Review email from debtor: Reviewed email from debtor with a copy of the mortgage statement for the attorney at Mr. Cooper so we can stop the foreclosure | 0.10 | $150.00 | $15.00 |
| Service | KR | 04/18/2023 | Contact Debtor: Called debtor left message; drafted text requesting him to | 0.10 | $150.00 | $15.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | contact mortgage company to find out who is the attorney handling the foreclosure | | | |
| Service | TR | 04/18/2023 | Review and sign confirmation order via email | 0.10 | $350.00 | $35.00 |
| Service | KR | 04/19/2023 | Review email from debtor: Reviewed email from debtor with the attorney information who is handling the foreclosure for the mortgage company; drafted email memo to TR re: foreclosure attorney | 0.10 | $150.00 | $15.00 |
| Service | KR | 04/21/2023 | Telephone conference with Mccalla Raymer Lerbert & Pierce; spoke with Isabel. Reviewed the situation with her about the mother on the loan which she has passed and her son lives on the property. She stated to send an email to ft22@mccalla.com with all documents for review to stop the foreclsoure Reviewed all documents and prepared all documents dealing with the property and bankruptcy. Drafted email to McCalla with all documents for them to review. | 0.30 | $150.00 | $45.00 |
| Service | KR | 04/25/2023 | Drafted email to Mccalla Raymer Lerbert & Pierce for update on the foreclosure on debtor's home. | 0.10 | $150.00 | $15.00 |
| Service | KR | 04/26/2023 | Reviewed email from McCalla, Raymer, Lerbert & Pierce about the foreclosure date being cancelled. Called debtor could not leave a message; drafted text to debtor to call me back | 0.10 | $150.00 | $15.00 |
| Service | TR | 04/26/2023 | Review: Proof of Claim 23-00327-JAW Pinnacle Service Solutions LLC Document # 6 | 0.10 | $350.00 | $35.00 |
| Service | TR | 04/26/2023 | Review: 23-00327-JAW Order Confirming Chapter 13 Plan Document #22 | 0.10 | $350.00 | $35.00 |
| Service | TR | 04/26/2023 | Review claims register and determine if additional POCs are needed - Mr Cooper not filed - trying to prove successor interest to law firm - confirmed that foreclosure was cancelled | 0.10 | $350.00 | $35.00 |
| Service | TR | 04/26/2023 | Review: 23-00327-JAW Amended Order Upon Employer Directing Deductions from Pay Document #25 | 0.10 | $350.00 | $35.00 |
| Service | KR | 04/27/2023 | Telephone conference with Isabel at McCalla about the proof of claim that needs to be filed for Mr. Cooper; while on phone Isabell was messaging Wendy Bogatay who handles the filing of proof of claims. | 0.50 | $150.00 | $75.00 |

| | | | Provided Isabell all account information and bankruptcy information. She told me that Wendy would like me to email her all documents even though they had them already just in case. Stated they are working behind the scenes on the Proof of Cliam. Drafted email to Weny Bogatay wendy.bogatay@mccalla.com all documents and requested the Proof of Claim. | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Service | KR | 04/27/2023 | Reviewed email from Wendy at McCalla stating they are waiting for the referral from Mr. Cooper. Drafted email to Wendy letting her know to keep me updated and if there was anything I can do on our end to speed up the process for the Proof of Claim | 0.10 | $150.00 | $15.00 |
| Expense | PL | 04/28/2023 | Postage | 1.00 | $0.60 | $0.60 |
| Service | TR | 05/01/2023 | Review: 23-00327-JAW Notice of Requirement to Complete Course in Financial Management (ADI) Document# 26 | 0.10 | $350.00 | $35.00 |
| Service | KR | 05/03/2023 | Drafted email to Wendy at McCalla checking on the proof of claim we are waiting to get submitted | 0.10 | $150.00 | $15.00 |
| Service | KR | 05/08/2023 | Contact Debtor: Received email from Wendy at McCalla about getting the referral for the Proof of Claim. She has expedited it to get processed. Drafted email to Wendy asking her to let me know once it has been filed | 0.10 | $150.00 | $15.00 |
| Service | KR | 05/11/2023 | Reviewed claims filed. Mortgage claim has not been filed by McCalla yet. Drafted email to Wendy at McCalla requesting an update on the proof of claim | 0.10 | $150.00 | $15.00 |
| Service | TR | 05/12/2023 | Review: 23-00327-JAW Personal Financial Management Course (Certificate) Document# 29 | 0.10 | $350.00 | $35.00 |
| Service | KR | 05/15/2023 | Reviewed court docket no claim has been filed. Drafted email to Wendy at McCalla requesting a time frame and update. | 0.10 | $150.00 | $15.00 |
| Service | KR | 05/15/2023 | Reviewed email from Wendy at McCalla about the proof of claim that we are waiting to be filed for Mr. Cooper. It is in validation department waiting for approval | 0.10 | $150.00 | $15.00 |
| Service | KR | 05/22/2023 | Reviewed court docket and Nationstar has filed the proof of claim for the mortgage | 0.10 | $150.00 | $15.00 |

| Service | TR | 05/22/2023 | Review: Proof of Claim 23-00327-JAW Nationstar Mortgage LLC Document # 7 | 0.20 | $350.00 | $70.00 |
| Service | KR | 05/25/2023 | Contact Debtor: Telephone conference with debtor about his payment plan going up. He is wanting to see about lowering his payments. | 0.10 | $150.00 | $15.00 |
| Service | KR | 05/29/2023 | Drafted email memo to JC re: lowering plan payments | 0.10 | $150.00 | $15.00 |
| Service | JAC | 05/30/2023 | Review & respond to email from KR re: Δ plan pmt | 0.10 | $350.00 | $35.00 |
| Service | KR | 05/30/2023 | Review email from Attorney: Reviewed email memo from JC re: lowering payments; called debtor left message; drafted email letting the debtor know that lowering payments is not an option | 0.20 | $150.00 | $30.00 |
| Service | KR | 05/31/2023 | Contact Debtor: Called debtor left message; drafted email letting the debtor know that lowering payments is not an option | 0.10 | $150.00 | $15.00 |
| Service | TR | 06/01/2023 | Review: 23-00327-JAW Amended Order Upon Employer Directing Deductions from Pay Document #32 | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/01/2023 | Review: 23-00327-JAW Hearing Set Document# 36 | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/01/2023 | Review: 23-00327-JAW Motion for Relief From Stay Document# 33 | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/01/2023 | Review: 23-00327-JAW Order Extending the Automatic Stay Document #35 | 0.10 | $350.00 | $35.00 |
| Service | KR | 06/05/2023 | Contact Debtor: Telephone conference with debtor about documents he received from Mr. Cooper that he would like the attorney to review. He is going to email it to me. | 0.10 | $150.00 | $15.00 |
| Service | KR | 06/06/2023 | Review email from debtor: Reviewed email from debtor with the documents he received from his mortgage company; it was actually documents from the court for a Motion to Lift Automatic Stay which the attorney is aware of and is taking care of it. Called debtor could not leave a message. Drafted text for debtor to call me to review the upcoming hearing that is scheduled | 0.10 | $150.00 | $15.00 |
| Service | KR | 06/07/2023 | Contact Debtor: Telephone conference with debtor about the letter he received about the Motion to Lift Automatic Stay. Explained to him that the attorney is aware of the situation and is taking care of it; if we need | 0.10 | $150.00 | $15.00 |

| | | | anything from him we will contact him | | | |
|---|---|---|---|---|---|---|
| Service | TR | 06/08/2023 | Draft Response | 0.20 | $350.00 | $70.00 |
| Service | TR | 06/21/2023 | Drafted email to Karen Maxcy on MFR | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/21/2023 | Review: 23-00327-JAW Order on Motion to Allow Late Filed/Amended or Supplemental Claim(s) Document #41 | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/22/2023 | Review email from TT re: MFR hearing - review pay history - draft response to email | 0.20 | $350.00 | $70.00 |
| Service | TR | 06/22/2023 | Review: 23-00327-JAW Order Setting, Resetting, or Continuing a Hearing Document #42 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/06/2023 | Review: 23-00327-JAW Order on Motion For Relief From Stay Document #45 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/13/2023 | Review and revise itemizations | 0.30 | $350.00 | $105.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 0.1 | $350.00 | $35.00 |
| | Thomas Rollins | Attorney | 3.8 | $350.00 | $1,330.00 |
| | Porcia Lewis | Non-Attorney | 0.1 | $100.00 | $10.00 |
| | Kerri Rodabough | Non-Attorney | 4.4 | $150.00 | $660.00 |
| | | | | **Total** | **$2,063.15** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4358 | 03/09/2023 | $1,100.00 | $1,000.00 | $100.00 |
| 4513 | 04/15/2023 | $1,546.37 | $0.00 | $1,546.37 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5040 | 08/12/2023 | $2,063.15 | $0.00 | $2,063.15 |

| | |
|---|---|
| **Outstanding Balance** | **$3,709.52** |
| **Total Amount Outstanding** | **$3,709.52** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 5577
Date: 11/13/2023
Due On: 12/13/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Christopher James Griffin
3457 Forest Hill Rd
Jackson, MS 39212

## 04722-Griffin Christopher James

## CH 13 - Christopher - $630 in trust

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | TR | 07/13/2023 | Draft 2nd Fee App | 0.30 | $350.00 | $105.00 |
| Expense | BI | 07/13/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $44.55 | $44.55 |
| Service | TR | 07/13/2023 | Review COS provided by noticing center, attach to Application and file w/ Court | 0.10 | $350.00 | $35.00 |
| Service | KR | 07/31/2023 | Contact Debtor: Reviewed letter from Mr. Cooper contacting the debtor direct for the loss mitigation options; Telephone conference with debtor; he is not interested but wanted to know the process of purchasing another car; explained the process. | 0.20 | $150.00 | $30.00 |
| Service | TR | 08/08/2023 | Review: 23-00327-JAW Order on Application for Compensation Document #49 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/08/2023 | Review: 23-00327-JAW Notice of Postpetition Mortgage Fees, Expenses, and Charges Document# doc | 0.10 | $350.00 | $35.00 |
| Service | TR | 11/13/2023 | Review and revise itemizations | 0.10 | $350.00 | $35.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|-------------|----------|----------|------|-------|
| Thomas Rollins | Attorney | 0.7 | $350.00 | $245.00 |

| Kerri Rodabough | Non-Attorney | 0.2 | $150.00 | $30.00 |
|---|---|---|---|---|
| | | | **Total** | **$319.55** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4513 | 04/15/2023 | $1,546.37 | $0.00 | $1,546.37 |
| 5040 | 08/12/2023 | $2,063.15 | $0.00 | $2,063.15 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5577 | 12/13/2023 | $319.55 | $0.00 | $319.55 |
| | | | **Outstanding Balance** | **$3,929.07** |
| | | | **Total Amount Outstanding** | **$3,929.07** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



**The Rollins Law Firm, PLLC**

# INVOICE

Invoice # 8367
Date: 10/08/2025
Due On: 11/07/2025

P.O. Box 13767
Jackson, MS 39236
United States

Christopher James Griffin

## 04722-Griffin Christopher James

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | TR | 11/13/2023 | Draft Fee App | 0.20 | $350.00 | $70.00 |
| Service | TR | 11/14/2023 | Review: 23-00327-JAW Order on Application for Compensation Document #52 | 0.10 | $350.00 | $35.00 |
| Service | TR | 02/02/2024 | Review: 23-00327-JAW Notice of Mortgage Payment Change Document# doc | 0.10 | $360.00 | $36.00 |
| Service | TR | 03/29/2024 | Review: 23-00327-JAW Chapter 13 Trustee Report and Account of Prior Administration of Case Document# 54 | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/10/2024 | Review email from debtor: Reviewed email from debtor stating he would like his case dismissed due to hardship; called debtor; phone is disconnected; drafted email requesting a call to go over the process of voluntarily dismissing his case | 0.20 | $155.00 | $31.00 |
| Service | KR | 07/12/2024 | Drafted email to debtor requesting a call to provide a new contact number and to discuss the process of voluntarily dismissing his case; drafted contact us letter; created task for GM to print/mail letter | 0.20 | $155.00 | $31.00 |
| Service | KR | 07/15/2024 | Call Debtor: Called debtor unable to leave a message; drafted email to debtor requesting a call back to discuss the voluntarily dismissal | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/24/2024 | Call Debtor: Called debtor could not leave a message; drafted another | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | email about the process for voluntarily dismissing his case | | | |
| Service | KR | 07/26/2024 | Call debtor call not going through; drafted email to debtor requesting updated contact information and for him to reach back out to us to discuss the process for voluntarily dismissing his case | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/30/2024 | Call Debtor: Called debtor phone has been disconnected; drafted email to debtor requesting new contact information and requested a call back to discuss him wanting to dismiss his case due to hardship | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/06/2024 | Call Debtor: Called debtor phone is still not working; drafted email to debtor requesting a new contact number and also to call us as soon as possible since he inquired about dismissing his case | 0.10 | $155.00 | $15.50 |
| Service | JAC | 08/09/2024 | Review: Proof of Claim 23-00327-JAW Atlas Acquisitions LLC on behalf of UHG I LLC Document # Amended 2 | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/13/2024 | Call Debtor: Called debtor call would not go through; drafted email to debtor informing him we are needing a new contact number and also to call us to discuss the process to voluntarily dismiss his case | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/19/2024 | Call Debtor: Called debtor could not leave a message; drafted another email to provide us current contact number and to reach out to us to discuss the process of voluntarily dismissing case instead of filing a hardship | 0.10 | $155.00 | $15.50 |
| Service | TR | 11/21/2024 | Review: 23-00327-JAW Notice of Mortgage Payment Change Document# 55 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/21/2025 | Review: 23-00327-JAW Amended Order Upon Employer Directing Deductions from Pay Document# 56 | 0.10 | $360.00 | $36.00 |
| Service | VM | 04/28/2025 | Contact Debtor (Text/Email): Reviewed Best Case and gathered the filed amended Wage Order document. Drafted email to debtor providing their amended wage order | 0.10 | $100.00 | $10.00 |

Invoice # 8367 - 10/08/2025

| | | | and informed them of the procedure and how they can monitor their payments. | | | |
|---|---|---|---|---|---|---|
| Service | BB | 05/21/2025 | Review and respond to email memo: Reviewed email memo from VM providing a letter received from debtors mortgage creditor offering assistance if they fall behind on their payments. Researched in best case and confirmed debtor is paying their mortgage through the plan. | 0.10 | $100.00 | $10.00 |
| Service | JC | 09/04/2025 | Incoming Call: Telephone call from debtor informing he needs to dismiss his case as he can no longer afford it; drafted e-mail to KR requesting she call him. | 0.10 | $155.00 | $15.50 |
| Service | KR | 09/04/2025 | Call Debtor: Reviewed message from debtor stating that he would like to dismiss his case; telephone conference with debtor about voluntarily dismissing his case; explained the process; he will be emailing me the statements stating that he assumes full financial responsibility for his debt | 0.10 | $155.00 | $15.50 |
| Service | KR | 09/04/2025 | Draft Motion: Drafted Motion to Dismiss | 0.10 | $155.00 | $15.50 |
| Service | KR | 09/05/2025 | Review email from debtor: Reviewed email from debtor with a statement stating that he would like to dismiss his case and he accepts full responsibility of all debt | 0.10 | $155.00 | $15.50 |
| Service | KR | 09/05/2025 | Drafted internal message to TR re: Motion to Dismiss | 0.10 | $155.00 | $15.50 |
| Service | KR | 09/08/2025 | Review email from Attorney: Reviewed email memo from TR re: Motion to Dismiss; telephone conference with debtor informing him that we will be filing the Motion to Dismiss today; prepared the Motion to Dismiss and the Order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | JAC | 09/10/2025 | Review: 23-00327-JAW Order on Motion To Dismiss Debtor Document# 60 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 09/10/2025 | Review: 23-00327-JAW Release of Wages Document# 61 | 0.10 | $360.00 | $36.00 |

| Service | KR | 09/19/2025 | Drafted email to the Trustee's office inquiring if any additional attorney fees will be paid | 0.10 | $155.00 | $15.50 |
| Service | KR | 09/19/2025 | Reviewed email from the Trustee's office about the additional funds that will be paid out at the end of September; waiting for funds to be applied and then drafting Final Application | 0.10 | $155.00 | $15.50 |
| Service | KR | 10/08/2025 | Reviewed previous orders and invoices for Applications; Drafted first part of the Application and Lodestar for the 4th Application using totals from the previous orders and invoices | 0.40 | $155.00 | $62.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.4 | $360.00 | $144.00 |
| Thomas Rollins | Attorney | 0.3 | $360.00 | $108.00 |
| Thomas Rollins | Attorney | 0.3 | $350.00 | $105.00 |
| Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Jacki Curry | Non-Attorney | 0.1 | $155.00 | $15.50 |
| Vanessa Martinez | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Kerri Rodabough | Non-Attorney | 2.3 | $155.00 | $356.50 |
| | | | **Subtotal** | **$749.00** |
| | | | **Total** | **$749.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4513 | 04/15/2023 | $1,546.37 | $0.00 | $1,546.37 |
| 5040 | 08/12/2023 | $2,063.15 | $0.00 | $2,063.15 |
| 5577 | 12/13/2023 | $319.55 | $0.00 | $319.55 |

### Current Invoice

Invoice # 8367 - 10/08/2025

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8367 | 11/07/2025 | $749.00 | $0.00 | $749.00 |
| | | | Outstanding Balance | **$4,678.07** |
| | | | Total Amount Outstanding | **$4,678.07** |